Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
_____ District of _____

District of C

Case: 1:25-cv-04070 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 11/18/2025
Description: Pro Se Gen. Civil (F-DECK)

Rockie Furtado 05/12/94

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Rockie Furtado

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name
Street Address           Please
City and County          Read
State and Zip Code       Summary
Telephone Number         Attached
E-mail Address

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address *(if known)* _____

Defendant No. 2
    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address *(if known)* _____

Defendant No. 3
    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address *(if known)* _____

Defendant No. 4
    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    E-mail Address *(if known)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question         [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*Please Read summary attached*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____
    and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____ and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Please Read summary attached

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please Read summary attached

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: NOV 18 2025

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Rockie Furtado

### B. For Attorneys

Date of signing: 

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Street Address:
State and Zip Code:
Telephone Number:
E-mail Address:

## Brief Summary

As I stated in a Federal complaint on Mr Rockie Furtado Strategy to keep me living as a ghost Detainee/prisoner the same man who made me change my name to the same Name as his only to mislead me and intentally tortue me for several years in his local neighborhood where I moved to Due to my mother living of section 8 and Raising her own Kids and Relationship issues. Mr Rockie Furtado Also worked for his parents at a local bar that they owned for over 20 years and was involved in body building and competing As shown in the photos Mr Furtado was also a victim to gun violence after being shot serveral times by a colored man in the streets where he held a grudge on this situation Due to Retailication issues.

this man who left me suffering most of my life Decided to use use a strategy and put his hand in a velvet glove when I was 14 years of age I was minipulated to being involed and where using the same amont of anabolic steriods injections and was Decived and had no intentions of really building my future or career Due to Mr Furtado indirect methods and impressions of almightness that caused serious severe injury suffering and mental emotional distress from Furtado's Hate for me causing other local issves by Friends of the family and turned into Federal issves when he started keeping a well known hitman around for fear and Respect who was involed in other Drug and Federal crimes with different crime familys and other out of state enemies witch made me a main target for Federal cyber crimes and harrassment, Mr Napolean Andrade was later Murdered years later outside a halfway house.

For years I've been being followed and harrassed by the government and by enemies for fame Related purposes where they considered me Less equal with the Average person and was intimidated to speak on this case Due to violence and other humiliating Reasons and helplessness and Disappearances From Close Relatives

I am writing this brief summary to my best ability "because im being distracted and targeted in different states so I cant address this matter Being all facts also spied ignored and helplessness From family certain attorneys and government employees.

also Did other reports at the local PD and was not tooken serious and instead stated "How are they doing".

Please excuss any mispelled words